FINCHER *v.* STANLEY ELECTRIC MANUFACTURING COMPANY.

HOLDEN, J. An attachment was issued for $1,110, on January 31, 1905, upon affidavit made that day stating such amount to be due by the defendant to the plaintiff. A declaration was subsequently filed, alleging that the defendant owed the plaintiff ex contractu $1,100, and that the same became due January 31, 1905. The record discloses no plea or defense filed by defendant. Upon the trial of the case a verdict was rendered as follows: "We, the jury, find for the plaintiff the sum of $300, with interest at 7%." *Held,* that the proper construction of the verdict is that the interest was to be computed on the principal sum of $300 from January 31, 1905, and that the plaintiff was entitled to judgment accordingly. 22 Enc. Pl. & Pr. 921; *Gray* v. *Conyers,* 70 *Ga.* 349, 355; *Beckwith* v. *Carleton,* 14 *Ga.* 691; *Van Winkle* v. *Wilkins,* 91 *Ga.* 93 (10), 106 (7 S. E. 644, 12 Am. St. R. 299); *Phillips* v. *Behn,* 19 *Ga.* 298; *Jackson* v. *Jackson,* 47 *Ga.* 99; *Mitchell* v. *Addison,* 20 *Ga.* 50.
*Judgment reversed. All the Justices concur, except Beck, J., disqualified.*

APRIL 21, 1910.

Attachment.    Before Judge Reagan.    Butts superior court. February 19, 1909.

*Frank Z. Curry* and *O. M. Duke,* for plaintiff.

*Y. A. Wright,* for defendant.